# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 22-7146**  **September Term, 2022**

**1:21-cv-02241-RJL**

**Filed On: May 24, 2023** [2000675]

Peter A. Chiejina and Piccol Nigeria Ltd.,

    Appellees

  v.

Federal Republic of Nigeria,

    Appellant

**O R D E R**

Upon consideration of the joint notice regarding settlement negotiations and motion for extension of the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Reply Brief | June 13, 2023 |
| Deferred Appendix | June 20, 2023 |
| Final Briefs | July 3, 2023 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk