# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 22-7146** | **September Term, 2022** |
| | **1:21-cv-02241-RJL** |
| | **Filed On: January 11, 2023** [1981129] |

Peter A. Chiejina and Piccol Nigeria Ltd.,

    Appellees

  v.

Federal Republic of Nigeria,

    Appellant

**O R D E R**

Upon consideration of the joint notice regarding settlement negotiations and motion for extension of briefing scheule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | February 10, 2023 |
| Appellees' Brief | March 31, 2023 |
| Appellant's Reply Brief | April 28, 2023 |
| Deferred Appendix | May 5, 2023 |
| Final Briefs | May 19, 2023 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
      Scott H. Atchue
      Deputy Clerk