

53 STATE STREET | BOSTON, MA 02109 | P:617-330-7000
500 UNICORN PARK DRIVE, SUITE 502 | WOBURN, MA 01801 | P:781-933-5505

Theodore J. Folkman
Direct Dial: 617-330-7135
E-mail: tfolkman@rubinrudman.com
Return Address: Boston

February 8, 2023

Mr. Mark Langer, Clerk
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Ave., NW
Washington, DC 20001

      Re:    Chiejina v. Federal Republic of Nigeria, No. 22-7146

Dear Mr. Langer:

As requested in the Notice to Counsel filed on December 16, 2022, I write to provide dates on which I am not available for oral argument after May 19, 2023, the date when final briefs are due to be filed, and through the end of 2023. As of today, I am presently unavailable for oral argument on:

      May 19 to 30, 2023
      June 12, 13, 15, and 16, 2023
      September 7, 8, 15, 25, and 26, 2023
      December 21 and 26-29, 2023

I will update the Court with any additional unavailability.

      Sincerely,

      */s/ Theodore J. Folkman*

      Theodore J. Folkman

cc:    Counsel of Record (by CM/ECF)

3360459_1